UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 2:18-cv-00744-CB

ANTHONY CESARE, ELIZABETH
DONATUCCI and TAYLOR KENNEDY,
individually, and on behalf of all others
similarly situated,

    Plaintiff,

v.

CHAMPION PETFOODS USA INC. and
CHAMPION PETFOODS LP,

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Anthony Cesare, Elizabeth Donatucci, and Taylor Kennedy and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with all parties on each side to bear its, her or his own costs and attorneys' fees.

Dated: February 3, 2020                      Respectfully submitted,

| | |
|---|---|
| *s/ Charles E. Schaffer* | */s/ David A. Coulson* |
| Charles E. Schaffer | David A. Coulson (FL Bar No. 176222)* |
| Daniel C. Levin | Elisa M. Hevia (FL Bar No. 1003009)* |
| David C. Magagna, Jr. (Pro Hac Vice) | GREENBERG TRAURIG, P.A. |
| LEVIN SEDRAN & BERMAN, LLP | 333 S.E. 2nd Avenue, Suite 4400 |
| 510 Walnut Street, Suite 500 | Miami, Florida 33131 |
| Philadelphia, PA 19106 | Telephone: (305) 579-0754 |
| Telephone: (215) 592-1500 | Facsimile: (305) 579-0717 |
| Facsimile: (215) 592-4663 | Email: coulsond@gtlaw.com |
| Email: cschaffer@lfsblaw.com | heviae@gtlaw.com |
|       dlevin@lfsblaw.com | |
|       dmagagna@lfsblaw.com | *Admitted Pro Hac Vice |

| | |
|---|---|
| Aaron Rihn<br>ROBERT PEIRCE & ASSOC., P.C.<br>2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone: (412) 281-7229<br>Facsimile: (412) 281-4229<br>Email: arihn@peircelaw.com<br><br>*Attorneys for Plaintiffs* | Cathy R. Gordon (PA ID. 56728)<br>Vincent P. Lamperski (PA ID. 318443)<br>LITCHFIELD CAVO LLP<br>420 Fort Duquesne Boulevard, Suite 600<br>One Gateway Center<br>Pittsburgh, PA 15222<br>Telephone: (412) 291-8243<br>Facsimile: (412) 586-4512<br>Email: gordonc@litchfieldcavo.com<br>         lamperski@litchfieldcavo.com<br><br>*Attorneys for Defendants*<br>*Champion Petfoods USA Inc. and*<br>*Champion Petfoods LP* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     *s/ David A. Coulson*
                                                    DAVID A. COULSON